FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER
AMENDED

| | | |
|---|---|---|
| Case Title : | Laura Marie Powell-Hanley | Case No : 11-22114 - B - 13J |
| | | Date : 4/5/11 |
| | | Time : 09:32 |

Matter :  [15] - Objection to Confirmation of Plan [JPJ-1] Filed by Trustee Jan P. Johnson (swas)
[15] - Motion/Application to Dismiss Case/Proceeding [JPJ-1] Filed by Trustee Jan P. Johnson (swas)

Judge : Thomas Holman
Courtroom Deputy : Sheryl Arnold
Reporter : Diamond Reporters
Department : B

APPEARANCES for :
Movant(s) :
      Trustee - Jan P. Johnson
Respondent(s) :
(by phone)   Debtor(s) Attorney - Douglas B. Jacobs

AMENDED
CIVIL MINUTE ORDER

Due to the size of the three related calendars (259 matters), the court made the following ruling without findings *as modified on the record. All parties were given an opportunity at the hearing to request a more explanatory ruling.

IT IS ORDERED that the trustee's objections are sustained. Confirmation of the plan filed January 28, 2011 is denied.

The trustee's motion to dismiss is conditionally denied, the conditions being that on or before *May 3, 2011, the debtor files a new plan, a motion to confirm the new plan and all necessary related motions, including without limitation motions to value collateral and motions to avoid liens, properly serves the new plan and the motion(s), and sets the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar.

Dated: April 18, 2011

Thomas C. Holman
United States Bankruptcy Judge